UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff, | )<br>)<br>) |
| vs. | ) CAUSE NO. 1:19-cr-00300-JRS-TAB-1<br>) |
| VALENTINO ORLANDO JOHNSON,<br>　　　　Defendant. | )<br>)<br>) |

**REPORT AND RECOMMENDATION**

On January 30, 2023, and April 3, 2023, the Court held hearings on the Petition for Warrant or Summons for Offender Under Supervision filed on January 10, 2023 [Dkt. 78], the Supplemental Petition for Warrant or Summons for Offender Under Supervision filed on January 23, 2023 [Dkt. 83], and the Second Supplemental Petition for Warrant or Summons for Offender Under Supervision filed on March 23, 2023 [Dkt. 88]. Defendant appeared in person and by FCD counsel Leslie Wine and Sam Ansell.  Government represented by AUSA Michelle Brady. USPO represented by Megan Durbin.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

　　1.　　The Court advised Defendant Johnson of his rights and ensured he had a copy of the Petition and the Supplemental Petitions.  Defendant orally waived his right to a preliminary hearing.

　　2.　　After being placed under oath, Defendant Johnson admitted violation nos. 1, 2, 4, 5, and 6 as set forth in the Petition and the Second Supplemental Petition.

　　3.　　The allegations to which Defendant admitted, as fully set forth in the Petition and the Second Supplemental Petition, are:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1 | **"You shall refrain from any unlawful use of a controlled substance."** |

On January 5, 2023, Mr. Johnson submitted to a routine urinalysis, which returned positive for marijuana. At the time of the screen, he admitted to using marijuana on or about January 4, 2023.

As previously reported to the Court, Mr. Johnson submitted urinalyses that returned positive for marijuana on September 15, 2022, October 11, 2022, and November 22, 2022.

| | |
|---|---|
| 2 | **"You shall participate in a cognitive behavioral program, such as Moral Reconation Therapy (MRT), at the direction of the probation officer and abide by all the rules of the program."** |

Mr. Johnson was scheduled to being MRT on November 29, 2022. He has missed five consecutive sessions and has yet to begin the program.

| | |
|---|---|
| 4 | **"You shall refrain from any unlawful use of a controlled substance."** |

On February 28, 2023, Mr. Johnson submitted to a routine urinalysis, which returned positive for marijuana. The sample was also dilute. At the time of the screen, he denied illicit drug use since February 8, 2023. Due to the screen returning dilute, he submitted a follow-up sample on March 9, 2023, which returned positive for marijuana. At the time of the screen, he admitted to using marijuana the previous day.

| | |
|---|---|
| 5 | **"You shall participate in a mental health treatment program, as approved by the probation officer, and abide by the rules and regulations of that program."** |

Mr. Johnson failed to attend his mental health treatment session on March 20, 2023. He advised his provider on that date he would no longer be participating in the program.

| | |
|---|---|
| 6 | **"You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program."** |

        Mr. Johnson failed to attend substance abuse sessions as scheduled on January 9, 2023, February 9, 2023, February 23, 2023, March 2, 2023, March 9, 2023 and March 16, 2023. He informed his therapist on March 8, 2023, he no longer wanted to continue with the program.

4. The Court finds that:

    (a) The highest grade of violation is a Grade C violation.

    (b) Defendant's criminal history category is III.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 5 to 11 months' imprisonment.

5. The United States requested a sentence of eight (8) months' incarceration with a period of two (2) years supervised release to follow. Defendant requested a sentence of five (5) months' incarceration with a period of two (2) years supervised release to follow. Defendant requested placement by the Bureau of Prisons at an appropriate prison facility as near as possible to Indianapolis, Indiana. Defendant further requested that he not be placed at the facility in Milan, Michigan.

The Magistrate Judge, having considered the factors set forth in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions set forth in in violation nos. 1, 2, 4, 5, and 6 of the Petition and the Second Supplemental Petition, and recommends that Defendant be sentenced to the custody of the Attorney General or his designee for a period of six (6) months, with two (2) years supervised release to follow. The Magistrate Judge further recommends Defendant's placement by the Bureau of Prisons at an appropriate prison facility as near as possible to Indianapolis, Indiana, but not at the facility in Milan, Michigan.

In addition to the mandatory conditions of supervision, the following conditions of supervised release will be imposed:

1. You shall report to the probation office in the judicial district to which you are released within 72 hours of release from the custody of the Bureau of Prisons.

2. You shall report to the probation officer in a manner and frequency directed by the court or probation officer.

3. You shall permit a probation officer to visit you at a reasonable time at home, or another place where the officer may legitimately enter by right or consent, and shall permit confiscation of any contraband observed in plain view of the probation officer.

4. You shall not knowingly leave the judicial district without the permission of the court or probation officer.

5. You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege.

6. You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact.

7. You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change.

8. You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon.

9. You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer.

10. You shall maintain lawful full-time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment.

11. You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision.

    Justification: Conditions 1-11 are considered administrative in nature and will enable the probation officer to effectively supervise the offender within the community.

12. You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical

    practitioner. You shall follow the prescription instructions regarding frequency and dosage.

13. You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods.

14. You shall participate in a substance abuse or alcohol treatment program approved by the probation officer, and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer.

    Justification: Conditions 12-14 are recommended to address the offender's history of substance abuse, as well as to address negative thinking patterns. Additionally, the conditions will help to ensure compliance with a drug-free lifestyle.

15. You shall participate in a mental health treatment program, as approved by the probation officer, and abide by the rules and regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). You shall take all mental health medications that are prescribed by your treating physician.

16. You shall pay the costs associated with the following imposed conditions of supervised release/probation, to the extent you are financially able to pay: mental health treatment. The probation officer shall determine your ability to pay and any schedule of payment.

    Justification: Conditions 15 and 16 are recommended given the offender's history of mental health concerns. It will assist in providing appropriate treatment measures to the offender and ensuring his mental health stability, as well as requiring him to invest in his mental health.

17. You shall provide the probation officer access to any requested financial information and shall authorize the release of that information to the U.S. Attorney's Office for use in connection with the collection of any outstanding fines and/or restitution.

    This will help ensure the offenders pays his outstanding financial obligation.

18. You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement

may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches.

Justification: This condition will assist the probation officer in monitoring the defendant for protection of the community.

19. You shall participate in a cognitive behavioral program, such as Moral Reconation Therapy (MRT), at the direction of the probation officer and abide by all the rules of the program.

    Justification: This condition will assist in redirecting negative thinking patterns.

Defendant waived reading on the above conditions on the record.

The Defendant is to remain in custody pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to this Report and Recommendation.

Dated: 3 APR 2023

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system

USPO

USMS

6